**Order entered May 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01553-CV

**GERALLYNN LONGINO, Appellant**

**V.**

**WILLIAM EGAN, Appellee**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-04279-2012**

## ORDER

The Court has before it appellant's second motion for extension of time to file her brief.

The Court **GRANTS** the motion and **ORDERS** appellant to file her brief by June 17, 2013. No

further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE